```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| THOMAS MCEACHIN, | : | CIVIL ACTION |
| | : | NO. 02-4691 |
|     Petitioner, | : | |
| | : | |
|     v. | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| ET AL., | : | |
| | : | |
|     Respondents. | : | |

## ORDER

**AND NOW,** this **23rd** day of **December, 2002,** it is hereby **ORDERED** that the petition is **DISMISSED without prejudice** for failure to pay a filing fee or file a motion to proceed <u>in forma pauperis</u>.

**AND IT IS SO ORDERED.**

                                              **EDUARDO C. ROBRENO,      J.**