IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MCEACHIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| JEFFREY BEARD, et al., | : | |
| Defendants | : | No. 02-4691 |

## PRAECIPE FOR ENTRY OF APPEARANCE

**To the Clerk of the Court:**

Pursuant to the Rules of Civil Procedure of the United States District Court for the Eastern District of Pennsylvania 5.1, kindly enter the appearance of the undersigned as counsel for defendants Jeffrey A. Beard, Sergeant Swenski, and Leslie Hatcher in the above-captioned action.

Deputy Attorney General Edward C. Wright, who originally represented the defendants in this matter, is resigning from the Commonwealth of Pennsylvania, Office of Attorney General. Accordingly, Mr. Wright's entry of appearance in this matter should be withdrawn.

D. MICHAEL FISHER
ATTORNEY GENERAL

BY: _____
Kevin R. Bradford
Deputy Attorney General
Identification No. 88576

                                            Susan J. Forney  
                                            Chief Deputy Attorney General  
                                            Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL  
21 South 12th Street, 3rd Floor  
Philadelphia, PA 19107  
Telephone: (215) 560-2262

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MCEACHIN, | : | CIVIL ACTION |
| Plaintiff | : | |
| vi. | : | |
| JEFFREY BEARD, et al., | : | |
| Defendants | : | No. 02-4691 |

## CERTIFICATE OF SERVICE

    I, Kevin R. Bradford, Deputy Attorney General, hereby certify that a true and correct copy of the within Praecipe for Entry of Appearance was mailed on July 15, 2003, by first class mail, postage prepaid to:

    Thomas McEachin, AY-8032
    State Correctional Institution
     at Albion
    10745 Route 18
    Albion, PA 16475

                                                          D. MICHAEL FISHER
                                                          ATTORNEY GENERAL

                                        BY: _____
                                                          Kevin R. Bradford
                                                          Deputy Attorney General
                                                          Identification No. 88576

                                                          Susan J. Forney
                                                          Chief Deputy Attorney General
                                                          Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107
Telephone: (215) 560-2262