# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MCEACHIN, | : | CIVIL ACTION |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, et al. | : | |
| | : | |
| Respondents | : | NO.   02-4691 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK:

  Kindly withdraw my appearance as counsel for defendants Beard, Swenski, and

Hatcher in the above-referenced action.


        D. MICHAEL FISHER
        ATTORNEY GENERAL


    BY:_____
        Edward C. Wright
        Deputy Attorney General
        Identification No. 67192

OFFICE OF ATTORNEY GENERAL
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603
Telephone:  (215) 560-2141