DATE OF NOTICE July 30, 2003
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THOMAS McEACHIN | : | **CIVIL ACTION.** |
| vs. | : | |
| JEFFREY BEARD, Secretary of Corrections, et al. | : | **NO.** 02-4691 |

**NOTICE**

Please be advised that an initial pretrial conference in the above-captioned case will be held by telephone on **September 17, 2003 at 12:30 p.m.**, with the Honorable Eduardo C. Robreno. Counsel for defendants[1] will initiate the telephone conference and when all parties are on the line, call Chambers at (215) 597-4073.

Attached is an Initial Pretrial Conference Information Report (the "Report") which you are required to complete and forward to the Court at least three (3) days prior to the Initial Pretrial Conference. Do not have the Report docketed. Also attached is a notice of agenda of Initial Pretrial Conference.

If trial counsel in this case is on trial in a Court of record at the time of the Initial Pretrial Conference, another attorney in such trial attorney's office, who should be familiar with the case,

---

1. Counsel for the defendants shall make the necessary arrangements to have the plaintiff on line for the telephone pretrial conference.

is required to participate in the Initial Pretrial Conference. The Initial Pretrial Conference will be continued to another date only in exceptional cases.

                                        **Constantine S. Flores**
                                        **Deputy Clerk to Judge Robreno**
                                        **(267) 299-7429**

**cc**: Kevin Bradford, Esq.; Thomas McEachin, Pro Se

**NOTICE TO COUNSEL**
**OF AGENDA OF INITIAL PRETRIAL CONFERENCE**

1. An initial pretrial conference ("Initial Pretrial Conference"), as described in Fed. R. Civ. P. 16(a), (b) and (c), will be held shortly after an answer is filed or a case is reassigned to Judge Robreno's calendar.

2. The Initial Pretrial Conference usually will take ten (10) to twenty (20) minutes.

3. At the Initial Conference the following matters, among others, will be considered and acted upon:

    A. Jurisdictional defects, if any;

    B. Time limits to join other parties and to amend pleadings;

    C. Prospects of amicable settlement;

    D. Progress of self executing disclosure under Section 4:01 of the Civil Justice Expense and Delay Reduction Plan (the "Plan");

    E. Establishing schedules for remaining pretrial proceedings including discovery, pretrial filings, exchange of expert reports, etc;

    E. Filing of dispositive motions; and,

    F. Setting a date for trial.

4. Each party should be prepared to describe the nature of the discovery it seeks including an estimate of the number of depositions it intends to take.

  5. No further conferences will be held until the Final Pretrial Conference unless requested by counsel for exploration of settlement or for trial management or preparation purposes or if provided for in the Scheduling Order.

                _____
                **Constantine S. Flores**
                **Deputy Clerk to Judge Robreno**
                **(267) 299-7429**

**INITIAL PRETRIAL CONFERENCE INFORMATION REPORT**

**CIVIL ACTION NO.** _____

**JURY TRIAL** _____   **NON-JURY TRIAL** _____   **ARBITRATION** _____

**SERVICE OF PROCESS MADE** _____
                                           Date

**CAPTION:**


**TRIAL COUNSEL** _____

**REPRESENTING** _____

**LAW FIRM** _____

**ADDRESS** _____

**TELEPHONE** _____

**DISCOVERY COMPLETED** _____     **IF NOT, WHEN?** _____
                       Yes                                             Date

**SCHEDULED PROTRACTED DISCOVERY REQUIRED?** _____
                                                            Yes/No
**IF SO, DESCRIBE SEGMENTS BY SUBJECT MATTER OR PARTIES AND SUGGEST DATES FOR SEGMENTS.**

_____

**READY FOR TRIAL** _____
                     Date

**FUTURE SETTLEMENT CONFERENCE REQUESTED** _____
                                                 Yes

**TRIAL TIME**

    **TIME TO PRESENT YOUR CASE** _____
    **TIME FOR ENTIRE TRIAL** _____

**SPECIAL COMMENTS**


**DATE** _____     _____
                                                            **SIGNATURE OF COUNSEL**

                                                             _____

**TYPE OR PRINTED NAME**

**TYPE OR PRINTED NAME**