```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THOMAS MCEACHIN              :    CIVIL ACTION
                             :    NO. 02-4691
                             :
     v.                      :
                             :
JEFFREY BEARD, ET AL.        :
                             :
                             :
```

## ORDER

**AND NOW,** this **21st** day of **October 2003,** it is hereby **ORDERED** that plaintiff's motion for appointment of counsel (doc. no. 13) is **DENIED WITHOUT PREJUDICE.**[1]

**AND IT IS SO ORDERED.**

------------------------------------------
**EDUARDO C. ROBRENO,      J.**

---

1. At this time, the court is unable to apply the factors established in <u>Tabron v. Grace</u>, 6 F.3d 147 (3d Cir. 1993).