IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MCEACHIN, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, SECRETARY | : | |
| OF CORRECTIONS, | : | NO. 03-4691 |

**O R D E R**

AND NOW, this **29th** day of **October, 2003**, it is Ordered that the Pretrial Conference by telephone initially scheduled on September 17, 2003 is **RESCHEDULED** on **November 18, 2003**[1] **at 9:15 a.m.**

ATTEST:                              or     BY THE COURT


BY:_____          _____
   Deputy Clerk                                Judge

C.V. 12 (4/99)

xc:

Thomas McEachin, Pro Se
Kevin R. Bradford, Esquire

---

[1] Counsel shall make the necessary arrangements for plaintiff to participate on the conference call.

Case 2:02-cv-04691-ER    Document 22    Filed 10/30/2003    Page 2 of 2