IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS MC EACHIN, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JEFFREY BEARD, | : | NO. 02-4691 |

## **O R D E R**

AND NOW, this **13th** day of **November**, 2003, it is Ordered that the Pretrial Conference via telephone initially scheduled on November 18, 2003 at 9:15 a.m. is **CONTINUED** until **November 18, 2003 at 11:00 a.m.**

ATTEST:                    or     BY THE COURT

BY:_____    _____
Deputy Clerk                              Judge

C.V. 12 (4/99)

xc:

Thomas McEachin, Pro Se
Kevin R. Bradford, Esquire

Case 2:02-cv-04691-ER   Document 24   Filed 11/13/2003   Page 2 of 2