

| | |
|---|---|
| **POLICY STATEMENT** | |
| **Commonwealth of Pennsylvania • Department of Corrections** | |

| Policy Subject: | Policy Number: |
|---|---|
| Facility Security | 6.3.1 |

| Date of Issue: | Authority: | Effective Date: |
|---|---|---|
| September 11, 2000 | *[signature]* <br> Martin F. Horn | December 4, 2000 |

## I. AUTHORITY

The Authority of the Secretary of Corrections to direct the operation of the Department of Corrections is established by Sections 201, 206 and 506 and 901-B of the Administrative Code of 1929, 71 P.S. §§61, 66, 186 and 310-1, Act of April 9, 1929, P.L. 177, No. 175, as amended.

## II. PURPOSE

The purpose of this document is to establish policy and procedure for the secure operation of the facilities within the Department of Corrections.

## III. APPLICABILITY

This policy shall apply to all facilities operated within the Department of Corrections.

## IV. DEFINITIONS:

All pertinent definitions are contained in the "Glossary of Terms" section of the procedures manual for this policy.

## V. POLICY

It is the policy of the Department of Corrections to operate its facilities in as secure a manner as possible to ensure for the safety of the public, facility staff, and inmates.

**Exhibit D1**

## VI. PROCEDURES

The first function of a correctional facility is to protect the public. The establishment and maintenance of effective security in a correctional facility involves coordinating the activities of not only the uniformed security staff, but also the security related activities of every other department in the facility. It also involves providing programs and services to inmates in ways that keep them gainfully occupied, and in a fashion that at least meets minimum constitutional standards.

Each facility shall maintain a copy of Volume 6 "Security" of the Administrative Manuals. Volume Six contains all of the Department's policy/procedures for facility security and control with detailed instructions on the implementation of those procedures[1]. The attached confidential procedure manual for this document specifically covers the following topics:[2]

Section  1 – Responsibilities
Section  2 – Facility Control Center
Section  3 – Perimeter Construction
Section  4 – Perimeter Surveillance
Section  5 – Post Orders
Section  6 – Construction Contractors Security
Section  7 – Tool Control and Security of Facility Blue Prints
Section  8 – Searches
Section  9 – Inmate Counts and Movements
Section 10 – Key Control
Section 11 – Vehicles
Section 12 – Annual Inspections
Section 13 – Escape Packets
Section 14 – Contraband
Section 15 – Corrections Officer Staffing
Section 16 – Facility Narrative Summary
Section 17 – Reporting of Extraordinary Occurrences
Section 18 – Housing Unit Logbooks
Section 19 – Managerial Visits and Inspections
Section 20 – Inmate Property
Section 21 – Weekly Status Report
Section 22 – Security Transport of Inmates[3]
Section 23 – Protection of Inmate Confidential Sources of Information
Section 24 – Evidence Control
Section 25 – Security Threat Monitoring
             Glossary of Terms

There are other facets of facility operations that are equally important in an effective security program, however, those topics such as use of force and emergency preparedness, etc., are contained in other Department of Corrections policy and manuals. As part of the facility security program, the Facility Manager shall ensure that appropriate staff conduct at least weekly inspections of all security devices, including but not limited to: bars, locks, windows,

---

[1] 3-4167,1-ABC-1A-11,1-ABC-3A-01
[2] 2-CO-3A-01
[3] 3-4181

doors, intrusion detection systems, interior fencing, personal alarm transmitters, emergency alarm/whistle, automatic telephone dialing systems, and other security devices and that the results of the inspections are reported in writing. Any device needing repair or maintenance, shall be reported in writing, and the Facility Manager shall ensure that appropriate steps are taken to have the device repaired/replaced in a timely fashion. There shall be a scheduled maintenance procedure to ensure that all bars, locks, windows, doors, and other security devices are fully operational. Emergency keys should be checked at least quarterly to ensure they are in working order. The results of all inspections should be submitted in writing to the Facility Manager and/or Deputy Superintendent for Facilities Management/Deputy Superintendent for Internal Security (if applicable).[4]

## VII. SUSPENSION DURING EMERGENCY

In an emergency situation or extended disruption of normal facility operations, the Secretary or his/her designee may suspend any provision or section of this policy for a specified period of time.

## VIII. RIGHTS UNDER BY THE POLICY

This policy does not create rights in any person nor should it be interpreted or applied in such a manner as to abridge the rights of any individual. This policy should be interpreted to have sufficient flexibility so as to be consistent with law and to permit the accomplishment of the purposes of the policies of the Department of Corrections.

## IX. RELEASE OF INFORMATION AND DISSEMINATION OF POLICY

### A. Release of information

#### 1. Policy

This policy document is public information and may be released to members of the general public, staff, legislative, judicial, law enforcement and correctional agencies and/or inmates upon request.

#### 2. Procedures Manual (if applicable)

The procedures manual for this policy is <u>not public information</u> and shall not be released in its entirety or in part, without the prior approval of the Secretary of Corrections/designee. This manual or parts thereof, may be released to any Department of Corrections employee on an as needed basis.

### B. Distribution of Policy

#### 1. General Distribution

The Department of Corrections' policy and procedures manuals (when applicable) shall be distributed to the members of the Central Office Executive Staff, all Facility

---

[4] 3-4179, 1-ABC-3A-12

Managers, and Community Corrections Regional Directors on a routine basis. Distribution to other individuals and/or agencies is subject to the approval of the Secretary of Corrections or designee.

### 2. Distribution to Staff

It is the responsibility of those individuals receiving policies and procedures, as indicated in the "General Distribution' section above, to ensure that each employee expected or required to perform the necessary procedures/duties are issued a copy of the policy and procedures.

## X. SUPERSEDED POLICY AND CROSS REFERENCE

### A. Superseded Policy

**Department Policy**

a. 1.2.1, Facility Narrative Summary, issued August 17, 1994, by former Secretary Joseph D. Lehman,
b. 1.2.2, Planning – Goals and Objectives Annual Reviews, issued November 7, 1985, by former Secretary Glen R. Jeffes,
c. 1.2.5, Weekly Status Report, issued January 5, 1999, by Secretary Martin F. Horn,
d. 1.2.5-1, Weekly Status Report, issued September 14, 1999, by Secretary Martin F. Horn,
e. 1.2.5-2, Weekly Status Report, issued November 17, 1999, by Secretary Martin F. Horn,
f. 1.3.1, Communications and Administrative/Managerial Visits/Inspections, issued June 30, 1997, by Secretary Martin F. Horn,
g. 1.3.1-1, Communications and Administrative/Managerial Visits/Inspections, issued November 18, 1998, by Secretary Martin F. Horn,
h. 1.3.1-2, Communications and Administrative/Managerial Visits/Inspections, issued February 23, 2000, by Secretary Martin F. Horn,
i. 2.2.4, Facility Audit Policy, issued April 14, 1994, by former Secretary Joseph D. Lehman,
j. 2.3.3, Annual Operations Inspections, issued May 20, 1994, by former Secretary Joseph D. Lehman,
k. 6.2.1, Corrections Officer Staffing Audit System issued November 25, 1997, by Secretary Martin F. Horn,
l. 6.2.3, Corrections Officer Gender Based Post Assignments, issued August 25, 1992, by former Secretary Joseph D. Lehman,
m. 6.3.1, Institution Security, issued February 11, 1986 by former Secretary Glen R. Jeffes,
n. 6.3.1-1, Institution Security, issued March 25, 1994 by former Executive Deputy Secretary Lawrence J. Reid,
o. 6.3.1-2, Institution Security, issued May 19, 1994 by Secretary Martin F. Horn,
p. 6.3.1-3, Institution Security, issued February 28, 1997 by former Executive Deputy Secretary Raymond E. Clymer, Jr.,
q. 6.3.1-4, Institution Security, issued February 18, 1999 by Secretary Martin F. Horn,

r.  6.3.2, Operation of Security Towers and Perimeter Patrols, issued September 29, 1986, by former Secretary Glen R. Jeffes,
s.  6.3.3, Cameras and Recording Devices, issued March 5, 1994, by former Secretary Glen R. Jeffes,
t.  6.3.4, Security Post Orders, issued July 10, 1992, by former Secretary Joseph D. Lehman,
u.  6.3.4-1, Security Post Orders, issued June 5, 1996, by former Executive Deputy Secretary Raymond E. Clymer, Jr.,
v.  6.3.6, Unauthorized Aircraft Procedures, issued August 30, 1989, by former David S. Owens, Jr.,
w.  6.3.7, Contraband Handling and Disposition, issued February 25, 1999, by Secretary Martin F. Horn,
x.  6.3.8, Inmate Counts, issued May 15, 1989, by former Secretary David S. Owens, Jr.,
y.  6.3.8-1, Inmate Counts, issued August 23, 1999, by Secretary Martin F. Horn,
z.  6.3.11, Tool Control, issued May 5, 1997, by Secretary Martin F. Horn,
aa. 6.3.11-1, Tool Control, issued May 5, 1997, by Secretary Martin F. Horn,
bb. 6.3.11-2, Tool Control, issued August 27, 1997, by Secretary Martin F. Horn,
cc. 6.3.11-3, Tool Control, issued June 22, 1997, by Secretary Martin F. Horn,
dd. 6.3.11-4, Tool Control, issued July 28, 1997, by Secretary Martin F. Horn,
ee. 6.3.11-5 Tool Control, issued June 9, 1999, by Secretary Martin F. Horn,
ff. 6.3.11-6, Tool Control, issued August 25, 1999, by Secretary Martin F. Horn,
gg. 6.3.13, Intelligence Management, issued December 16, 1997, by Secretary Martin F. Horn,
hh. 6.3.19, Control of Two Way Radios, issued January 22, 1997, by Secretary Martin F. Horn,
ii. 6.3.19-1, Control of Two Way Radios, issued January 27, 1997, by Secretary Martin F. Horn,
jj. 6.3.20, Construction Contractors Security Policy, issued January 16, 1998, by Secretary Martin F. Horn,
kk. 6.3.21, Inmate Movement and Pass System, issued February 25, 1997, by Secretary Martin F. Horn,
ll. 6.3.22, Searches of Personnel and Volunteers, issued April 4, 1997, by Secretary Martin F. Horn,
mm. 6.3.22-1, Searches of Personnel and Volunteers, issued October 17, 1997, by Secretary Martin F. Horn,
nn. 6.3.24, Key Control, issued June 2, 1997, by Secretary Martin F. Horn,
oo. 6.4.1, Transportation of Inmates by DOC Employees, issued October 19, 1987, by former Secretary David S. Owens, Jr.,
pp. 6.4.1-1, Transportation of Inmates by DOC Employees, issued August 11, 1992, by former Executive Deputy Secretary Lawrence J. Reid,
qq. 6.4.1-2, Transportation of Inmates by DOC Employees, issued July 29, 1993, by former Executive Deputy Secretary Lawrence J. Reid,
rr. 6.4.1-3, Transportation of Inmates by DOC Employees, issued March 1, 1994, by former Deputy Secretaries Raymond E. Clymer, Jr. and Margaret Moore, and Deputy Secretary Thomas A. Fulcomer,
ss. 6.4.1-4, Transportation of Inmates by DOC Employees, issued July 29, 1993, by former Executive Deputy Secretary Raymond E. Clymer, Jr.,

tt.  6.4.1-5, Transportation of Inmates by DOC Employees, issued June 14, 1999, by Executive Deputy Secretary Jeffrey A. Beard, Rh.D.,
uu.  6.5.5, Inmates Placed in Community Hospital from Maximum Security Institutions: Graterford, Huntingdon and Pittsburgh, issued by June 22, 1989, by former Secretary David S. Owens, Jr.,
vv.  6.5.6, Housing Unit Log Book Requirements, issued July 29, 1993, by former Secretary Joseph D. Lehman,
ww.  6.7.7, Emergency Alarm System, issued January 26, 1983, by former Secretary Ronald J. Marks,
xx.  6.7.9, Reporting of Extraordinary Occurrences, issued June 9, 1999, by Secretary Martin F. Horn,
yy.  6.7.13, Escape Packets, issued June 7, 1999, by Secretary Martin F. Horn,
zz.  6.8.1, Unclaimed Property of Inmates, Former Inmates, and Escapees, issued December 11, 1981, by former Secretary Ronald J. Marks,
aaa. 6.8.2, Processing of Inmate Personal Property, issued December 11, 1981, by Secretary Ronald J. Marks,
bbb. 6.8.2-1, Processing of Inmate Personal Property, issued October 17, 1997, by Secretary Martin F. Horn,
ccc. 6.8.2-2, Processing of Inmate Personal Property, issued June 14, 1999, by Secretary Martin F. Horn,
ddd. 6.8.3, Inmate Property Procedures, issued March 16, 1989, by former Secretary David S. Owens, Jr.,
eee. 7.10.01, Management Review Checklist, issued February 26, 1993, by former
fff.  10.5.1, Vehicle Procedures, issued January 5, 1999, by Secretary Martin F. Horn,
ggg. 10.5.1-1, Vehicle Procedures, issued March 2, 2000, by Secretary Martin F. Horn,
hhh. 10.8.2, Security of Facility Blueprints, issued January 15, 1997, by Secretary Martin F. Horn,
iii.  13.01.10, Management Review Audit of Health Care Services, issued October 9, 1998, by Secretary Martin F. Horn,
jjj.  15.1.3, Transportation of Inmates or Staff by Air Ambulance, issued October 12, 1995, by Secretary Martin F. Horn.

1. **Facility Policy and Procedures**

   This document supersedes all facility policy and procedures on this subject.

B. **Cross Reference**

   1. **Administrative Manuals Cross Reference(s):**

      a. DC-ADM 201, Use of Force
      b. 6.6.2, Authorized Defensive Weapons and Equipment

   2. **ACA Cross references:**

      a. **Administration of Correctional Agencies:** 2-CO-1A-08, 2-CO-1A-09, 2-CO-1A-20, 2-CO-1E-07, 2-CO-3A-01, 2-CO-4E-01

b.  **Adult Correctional Institutions:** 3-4002, 3-4003, 3-4006, 3-4011, 3-4018, 3-4028, 3-4050, 3-4051, 3-4092, 3-4099, 3-4101, 3-4108, 3-4121, 3-4157, 3-4163, 3-4164, 3-4165, 3-4167, 3-4168, 3-4169, 3-4171, 3-4172, 3-4173, 3-4174, 3-4177, 3-4178, 3-4179, 3-4180, 3-4181, 3-4182, 3-4184, 3-4185, 3-4186, 3-4188, 3-4189, 3-4190, 3-4194, 3-4196, 3-4198, 3-4198-1, 3-4199, 3-4207, 3-4205, 3-4209, 3-4210, 3-4279, 3-4281, 3-4302, 3-4310, 3-4329, 3-4361, 3-4393, 3-4401, 3-4402, 3-4435

c.  **Adult Community Residential Services:** 3-ACRS-1E-02, 3-ACRS-1F-02, 3-ACRS-3A-11, 3-ACRS-3A-14

d.  **Adult Correctional Boot Camp Programs:** 1-ABC-1E-02, 1-ABC-1F-02, 1-ABC-2G-01, 1-ABC-2G-02, 1-ABC-2G-03, 1-ABC-3A-01, 1-ABC-3A-05, 1-ABC-3A-11, 1-ABC-3A-12, 1-ABC-3A-13, 1-ABC-3A-14, 1-ABC-3A-20, 1-ABC-3A-21, 1-ABC-3B-13, 1-ABC-4D-01, 1-ABC-4D-03

e.  **Correctional Training Academies:** 1-CTA-2A-01, 1-CTA-2A-02, 1-CTA-3B-02, 1-CTA-3D-02, 1-CTA-3E-01